Ps 1 of 12

Mr. Donley Sturgeon Jr. #1150438
6:23CV364
JDK/JDL
Coffield Unit
2661 FM 2054
Tennessee Colony, Texas 75884

To: Whom it may Concern, (Attn; Your Honoror Honors)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 21 2023
BY
DEPUTY

STURGEON V. State, 2011 Tex. App. LEXIS 8467
Court of Appeals of Texas, Fifth District,
October 25, 2011, Opinion Filed
No. 05-10-00672-CR, No. 05-10-00673-CR

Procedural Posture; Defendant appealed the judgement of the 265th Judicial District Court, Dallas County Tx. Convicting him of Aggravated Sexual Assault of A Child younger than fourteen.

At Trial, the Victim Shannon Westbrook testified (she was about Ten years old) when she, her half Sister Cheyenne Westbrook and Mother April Westbrook (moved in with Defendant).

→ But However!

Shannon Westbrook's mother April Westbrook (says that she just began dating Defendant) to when (Shannon Westbrook was about Ten years old).

Shannon Westbrook just testified that she was (Ten years old) to when her and her family (moved in with defendant.)

→ But yet!

(The mother April Westbrook Says that (she just began dating the Defendant) to when Shannon Westbrook was about (Ten years old.)

(1) (This is humanly Impossible) Fact; (When I First began dating April Westbrook) (I Lived with Both my Parents and Little brother.) (So this Proves beyond A Reasonable Doubt that Shannon Westbrook Just Lied.) Because both my Parents aren't going to let Total Strangers to move into their House.        ↓ Next Page↓

Pg 2 of 12

Please feel free to Contact:
Thurgood Innocence Project
3100 Cleburne St.
Houston Tx. 77004

ECI# 2019-07062

→ The so-called Victim Shannon Westbrook stated that she was (Eleven or Twelve) (years old) to when the Defendant began touching her.

→ <u>But Yet!</u>

(Shannon Westbrook's mother April Westbrook) Says Shortly thereafter they moved in (within months) Defendant began touching Shannon Westbrook Forcing her to Perform Oral Sex on him and having Sexual Intercourse with her. (Which means Shannon Westbrook is still 10 years old)

✳ <u>Notice;</u> How Shannon Westbrook claims the Defendant doesn't start Touching her until she was (eleven or twelve years old) but yet the Mother April Westbrook Says that Defendant began touching Shannon Westbrook and then is Forcing her to Perform Oral Sex on him and having Sexual Intercourse with her at 10 years old

✳ Not only did both, just get caught in this Lie, But the fact they Both just (Contradicted) each other in (the Lies)
→ (Isn't this what the Courts Consider Perjury by LAW?)

→ You can't claim to have had sex with Shannon Westbrook at 10 years old to When Shannon Westbrook herself said that the Defendant didn't begin touching her until (eleven or twelve).

(1) (Humanly Impossible)
(2) (Inconsistencies)
(3) (Contradictions)     This Proves that the Crime never
(4) (Perjury) and (Lies)            Happened

↓ Next Page ↓

Then you have The Appellate Court ruled that the jury could have rationally found each element of the offense beyond A Reasonable doubt. The jury observed the mother and the victim testify, as well as other witnesses and (concluded they were credible?) (Question; to Who are these mystery witnesses?)

→ Note: It's been Proven by A Court Appointed Attorney GARY UNELL (No Physical nor Scientific Evidence)

※ The only thing that the Appellate Court Could have found as well as the Jury of each element of the Offense is the fact that the Courts and Jury (Got Lied to) Purposely, Knowingly and willingly by Shannon Westbrook, Cheyenne Westbrook and the mother April Westbrook. So this just proves to exactly how Stupid the Jury really is, they wouldn't Know or See the Truth if it were (stareing them right in the face.) (They say that justice is Blind but damn this Jury just hung a innocent man based on Lies.) (Almost 15 years worth of time because 3 people Lied) Shannon Westbrook, Cheyenne Westbrook and April Westbrook. And the Dallas County Courts just proved that they (Discriminate against Men) to when it comes to A Female lying on A Male. (This is called Discrimination),

→ (Because they seem to believe the female over the male without Any Facts or Evidence.)

→ Now let me show you some more Lies to which the Accuser Shannon Westbrook and April Westbrook tell.

※ Now in Second half of testimony; Shannon Westbrook testifies after she moved in with defendant. She described the time living with Defendant "Bad" And when she was eleven or twelve years old, he began touching her and putting his finger and his Penis in her vagina. And appellant also made Shannon Westbrook to Perform Oral Sex by placing his penis in her mouth. (She remembered this happening) at the apartment on Tudor Lane and said it continued at the house on Nursey Road. (Here She Lies Again)

↓ Next Page ↓

★ Notice; First half of her testimony Shannon Westbrook had only claimed that the Defendant only began touching her at eleven or twelve years old to when the Mother said that all of the Sex Stuff began happening to when Shannon Westbrook was 10 years old. (To which both Lied about)

★ So not only did April Westbrook contradict Shannon Westbrook and Shannon Westbrook contradicted April Westbrook but they both contradict each other. And Now you have Shannon Westbrook saying: That living with Defendant was "Bad" but now she's saying Defendant began touching her and (putting his finger) and (his Penis in her vagina) and having her to Perform Oral Sex on him (by placing his Penis in her mouth) And that she remembered this happening at the Apartment on Tutor Lane and it continued at the house on Nursery Road. I find it really amazing how A Person says one thing then later on makes up more stuff to add to the Story that never happened.

→ Question to the Courts; (Has anybody Read Shannon Westbrook's Diary?) This Diary was used as Evidence by the Irving Police Dept by Detective Lee to whom Arrested me in 2009. He read the Diary and from what Shannon Westbrook said in the Diary she claimed that me and her had A Love Affair. (Nothing to what she claimed in Court) (The Diary Proves my Innocence) She contradicts everything she said in Court. (Please Request Shannon Westbrook's Diary)

↓ Next Page ↓

PS So No

# Shannon Westbrook mentions Bunk Beds and said Defendant often told Cheyenne Westbrook Stories while he was assaulting Shannon Westbrook in lower Bunk or on the floor.

First I never told Cheyenne Westbrook (Bedtime Stories). The girls didn't have No Books and they didn't read Books. So this is A Lie Shannon again tells.
But However!

→ You want the Truth about the Bunk Beds; The Thing that Shannon Westbrook didn't tell the Courts.
Shannon Westbrook had a girlfriend named (Tori)
(Tori) came over one night to stay the night with Shannon Westbrook
In the middle of the night Shannon & Tori were laughing out loud that it woke me and April up. April asked me to go and check on the girls. So I did. When I got to the Bedroom door. I saw A Light so I turned on the Bedroom Light. And there was (Tori) naked and Shannon Westbrook naked as Shannon Westbrook was sucking on (Tori's) Left tit. I yelled for April to come and see what was caught April seen and I told April to take (Tori) home, so she did we never seen (Tori) again. (Shannon W. got grounded) So when Shannon W. claimed to have had Sex on her Bed (Yes) she did, but it was not with me. (It was her girlfriend Tori)
My mother Sherry Sturgeon seen Shannon Westbrook French Kissing A Girl right out in front of her school one day when April & my mother went to pick Shannon W. up from school. The Schools name was Stephen F. Austin Jr. High School.

Shannon Westbrook says she was 11 years old in 2003 and she was born November 1991

↓ Next Page ↓

# STURGEON V. State

Tx - Texas Local, STATE & Federal Court Rules   TEXAS Rules of Evidence Article/Witnesses
Establish either ground through mother's testimony outside jury's presence No.05-10-00672CR
Rule 613, Witness's Prior Statement and Bias or Interest.    No.05-10-00673CR.

(A) Witness's Prior Inconsistent Statement.

(1) Foundation Requirement.- When examining A Witness about the Witness's Prior Inconsistent Statement - whether Oral or Written - A Party must first tell the witness:

(A) The Contents of the statement;

(B) The time and Place of the statement; and

(C) The person to whom the witness made the statement.

(2) Need Not Show Written Statement. If the witness's Prior Inconsistent statement is written, A Party need not show it to the witness before inquiring about it, but must, upon request, show it to opposing Counsel.

(3) Opportunity to Explain or Deny. A witness must be given the opprotunity to explain or deny the Prior Inconsistent Statement.

(4) Extrinsic Evidence. Extrinsic Evidence of a witness's Prior Inconsistent statement is not admissible unless the witness is first examined about statement and fails Unequivocally admit making the statement.

(5) Opposing Party's Statement. This subdivision (A) does not apply to an opposing party's statement under Rule 801(e)(2).

↓ Next Page ↓    Billodeau V State 277 S.W. 3d
                                                                        34  42-43 Tex Crim App. 2009

(b) Witness's Bias or Interest.

(1) Foundation Requirement. When examining a witness about the witness's bias or interest, A Party must first tell the witness the circumstances or statements that tend to show the witness's bias or interests. If examining a witness about a statement - whether Oral or Written - to prove the witness's bias or interest, A Party must tell the Witness:

(A) The Contents of the Statement;
(B) The Time and Place of the Statement; and
(C) The Person to whom the Statement was made.

(2) Need Not Show Written Statement. If a Party uses a written statement to prove the witness's bias or Interest, A Party need not show the statement to the witness before inquiring about it, but must, upon request, show it to opposing Counsel.

(3) Opportunity to Explain or Deny. A witness must be given the opportunity to explain or deny the circumstances or statements that tend to show the witness's bias or interest. And the witness's proponent may present evidence to rebut the charge of Bias or interest.

(4) Extrinsic Evidence. Extrinsic Evidence of a witness's bias or interest is not admissible unless the witness is first examined about the bias or interest and fails Unequivocally admit it.

(C) Witness's Prior Consistent Statement. Unless Rule 801(e)(1)(B) provides otherwise, A witness's Prior Consistent Statement is not admissible if offered solely to enhance the witness's credibility.

Comment to 2015 Restyling:    <u>Commentary</u>

The amended rule retains the requirement that A Witness be given an opportunity to explain or deny (A) A Prior Inconsistent Statement or (B) the circumstance or a statement showing the witness's bias or interest, but this requirement is not imposed on the examining Attorney. A witness may have to wait until redirect examination to explain a prior inconsistent statement or the circumstances or a statement that shows Bias, But the impeaching attorney still is not permitted to introduce extrinsic Evidence of the witness's prior Inconsistent statement or Bias unless the witness has first been examined about the statement or Bias and has failed to Unequivocally admit it. All other changes to the rule are intended to be stylistic only.

<u>Notes;</u>
<u>April Westbrook</u> - "<u>The Mother</u>"
Was (<u>Proven Incompetent</u>) by her very own Court Appointed Attorney <u>before Trial, during Trial and After Trial</u>.
Here is Some Proof of the Evidence; (<u>Inconsistencies</u>)(<u>Lies</u>) and (<u>Perjury</u>)

(<u>The District Attorney Rachell Harris</u>) Asks (<u>April Westbrook the Mother</u>)
Where was Mr. Sturgeon at, at such & such time & Place?
(<u>April Westbrook the mother</u>) says <u>Amarillo, Tx. and Dallas, Tx.</u>
(<u>The District Attorney Rachell Harris</u>) says <u>That's Impossible he can't be at two places at once</u>
(<u>April Westbrook the mother</u>) starts crying and says she needs her medication.
(<u>The District Attorney Rachell Harris</u>) Asks (<u>April Westbrook the mother</u>)
Does your medication make you Lie?
(<u>April Westbrook the mother</u>) says (<u>Yes</u>) ←
→ Nowhere in the world throughout medical History is it Proven that Bi-Polar medication makes you Lie.
         ⇓ Next Page ⇓

<u>Note</u>; This should make the Courts wonder not only was (April Westbrook the mother)(Proven Incompetent) by her very own Court Appointed Attorney <u>before</u>, <u>during</u> and <u>after trial</u>. But the Fact that (the District Attorney herself, Rachell Harris) <u>actually believed in</u> (April Westbrook's the mother's) <u>Story</u>. Because if she didn't I wouldn't be sitting here in Prison writing you this letter after almost 15 years.

<u>My Question to you the Courts</u>; When A Person such as (April Westbrook the mother) is and has been proven <u>Incompetent</u> by her very own Court Appointed Attorney. And you put her up on the Stand and Question her and she sits there and <u>Purposely</u>, <u>Knowingly</u> and <u>willingly</u> Lies to your face and you catch her in these Lies. Doesn't that make you just as <u>Incompetent in your Job</u> to when you seem to believe this person even though they Lied.

→ Somebody should Question (The District Attorney Rachell Harris) because she sentenced a Innocent man to life with ~~out~~ Parole for nothing than she had the power to do so. (That should be against the LAW.)

★ <u>Rule 401</u>. Test for Relevant Evidence
Establish either ground through mother's testimony outside the Jury's Presence, Sturgeon v State No. 05-10-00672-CR, No. 05-10-00673-CR Tex App. LEXIS

<u>April Westbrook</u>, <u>Cheyenne Westbrook</u>, <u>Shannon Westbrook</u> (All 3 claimed to have <u>Lived at</u>; (The Shady Grove Apartments on Shady Grove Rd, Irving, Tx.)

<u>Questions to the Courts</u>; <u>How can you claim to have lived at an Apartment Complex that you never lived in? And how can you claim to live in An Apartment Complex that never existed?</u> (The Road Exist) but the Apartment Complex never existed. I live in Irving Tx my whole life. <u>Next Page.</u>

Shannon Westbrook was at least 20yrs to 21years old at time of Trial. (The District Attorney Rachell Harris) asks (Shannon Westbrook) Do you know what it looks like? referring to (Sperm or Cum)

To which Shannon Westbrook had claimed to Spit out of her mouth (All the time) and into A Sink
Shannon Westbrook says (NO) ←

It's very, very hard to believe that you claim to have had Sex with Vagina, Mouth and claim to Spit (Sperm or Cum) out of your mouth (All the time) and into A Sink. But you don't know to what (Sperm or Cum) looks like. (Humanly Impossible don't you think?) and your 20yrs, 21yrs old

And where did Aggrevated Sexual Assault of a child come from? and how did I get that Charge? Shannon Westbrook is an Adult when I got Arrested in 2009 and shes an Adult at trial? But she doesn't know to what (Sperm or Cum) looks like?

Shannon Westbrook says Defendant and Mother bought her or made her use Pregnancy Test. (Well it wasn't because of me) because (I was Fixed A long time ago) Before I had ever met April to Shannon Westbrook. I've got 3 daughters of my own is the reason I got fixed I don't want No more kids. And I sure in hell don't want Kids from Shannon Westbrook. So if Shannon Westbrook ever said that I was trying to get her Pregnant or even having Sex with her that is A Lie. But Shannon Westbrook did have A 21 year old boyfriend to which April Westbrook was letting Shannon Westbrook See to whom I ran off. When Shannon Westbrook was 14 years old. (That was between them)

↓ Next Page ↓

The Truth of the Matter and the Facts of the Matter is ;

(1) Shannon Westbrook did in fact Lie about everything to the Courts as the records very well indicate.

(2) Cheyenne Westbrook did in fact Lie about everything to the Courts as the records very well indicate.

(3) April Westbrook did in fact Lie about everything to the Courts as the records very well indicate.

Shannon Westbrook never ever has ever had Sex with me in any way Shape or form. Shannon Westbrook sometimes acted like she had A Crush on me. Or that she wanted some kind of Attention from me. (But I always thought of it as she was jealous of her sister Cheyenne Westbrook) Because Cheyenne Westbrook always got attention from everybody. April Westbrook always let Cheyenne Westbrook to get away with things to when Shannon Westbrook was not. And it pissed Shannon Westbrook off real Bad. Ask Shannon Westbrook about her Scar above her I believe left eye. April threw a solid metal Ashtray at her and hit her right above the eye. Because April had told Shannon NO about something that both got into A fist fight to which I had to break up Ask my Aunt Carole Rowe about the Jealousy Shannon had towards her sister Cheyenne. Shannon & April almost got into A fight at my Aunt Carole Rowes house (Carole Rowe  800 Mercy Lane Irving Tx. 75061 (972)579-9653)  Witness

↓ Next Page ↓

\# The Best thing for <u>Shannon Westbrook</u> and <u>Cheyenne Westbrook</u> is for them to go to Prison for the rest of their Lives <u>(Life without Parole)</u> Due to fact the destroyed my whole life with my kids and grand kids & family & friends just because they Lied.

\# I Pray that the Courts will give me an <u>acquittal</u> and <u>clean my record</u>, and Compensate me for my time, medical, dental, eye care. I have lost everything that God can't replace in my life such as alot of family & friends to whom I couldn't be there for. Prayer for Relief

<u>Note</u>; If God were here on this Planet watching and seeing what the Courts did to me because of these two Females & Cheyenne W. the half sister. He would send them to Prison for the unjust that they caused in my life because that is what they deserve.

I Pray that the Courts will let me go home Soon if I still have a home to go home to. I worked since I was 14 years old and I hope to go back to life and resume if I can.

\# I ask the Court to Please Grant me my wishes. I would like to be there for other family and Friends before they pass. No Man deserves what I've been put through. God Bless You

Thank You For You Time May God Bless You All

Mr. Dexter Sturgeon Jr.

Mr. Dexter Sturgeon Jr.